Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
Phone: 916-705-8006
aussieker1@gmail.com

*in pro per*

FILED
DEC 16 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ,MARK AUSSIEKER<br><br>Plaintiff,<br><br>v.<br><br>Dzeem Venting Pines LLC, LLC,<br><br>Defendant. | 2:2022-cv-01778-TLN-JDP<br><br>NOTICE OF VOLUNTARY DISMISSAL OF THIS ENTIRE CASE |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(i), I voluntarily dismiss:

⊗ THE ENTIRE CASE

Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

*Mark Aussieker*

12/14/2022

1